

# PUEBLO COUNTY SHERIFF'S OFFICE

J. R. Hall
Undersheriff

Charlene Graham
Bureau Chief
*Law Enforcement*

Kirk M. Taylor
Sheriff

Darlene Alcala
Bureau Chief
*Detention*

Steven G. Douglas
Director
*Emergency Services*

September 22, 2008

EXHIBIT 1

Tommy McLallen
President, F.O.P. Lodge 7
P. O. Box 1450
Pueblo, CO 81002

   Re: Status of F.O.P/Sheriff's Employee Association

Dear Sgt. McLallen:

When I took office in January of 2006, I was an immediate supporter of the Pueblo Sheriff's Employee Association and took no action to alter the recognition of the association made by the previous sheriff. However, in the recent months following the affiliation of the Officers Association with the F.O.P, it has become clear that the present organization is acting well beyond the limits of the Officers Association in prior years. For these reasons, I am informing you that effective immediately, the Pueblo County Sheriff's Office no longer recognizes the F.O.P. as the recognized officers association of Sheriff's employees.

Instead, I am offering you and the F.O.P. opportunity to earn the recognition of this office by making certain pledges and meeting certain guidelines. These requirements are:

1. Written recognition that the F.O.P. is not a labor union or the bargaining agent of its members and is instead, an officers association intended solely to provide insurance and legal defense benefits to its members and to communicate the interests of its members to the Sheriff.

2. That the F.O.P. have written by-laws approved by majority vote of all Sheriff Office members and that such by-laws accurately describe the limits of the F.O.P. role and the obligations of the F.O.P. to its members.

3. That the F.O.P make a written acknowledgement that no communication of any kind including internet posting, newspaper ad or communication in any other media will suggest that the F.O.P is a labor union or a bargaining agent of Sheriff's Office employees.

4. That the F.O.P. make a written acknowledgement that no action of the F.O.P. may interfere with the mission of the Sheriff's Office and that F.O.P activities by Sheriff's Office employees may not interfere in any way with the performance of their duties as Sheriff's Office employees.

5. That the F.O.P. make a written acknowledgement that any effort by the F.O.P. to seek recognition as a labor union or bargaining agent of Sheriff's Office employees will be conducted through the Pueblo County Labor Recognition Policy and that such efforts at recognition shall include a written pledge that the F.O.P. agrees not to seek to negotiate for pay and benefits per that policy.

If the F.O.P can meet the above requirements within 10 days from your receipt of this letter, I will meet with you to discuss drafting an agreement documenting recognition of your organization solely as an officers association.

If, on the other hand, the F.O.P does not meet these guidelines within 10 days from your receipt of this letter, I will sever all official connection between the F.O.P. and this office.

I sincerely hope your organization chooses to create an officer's organization consistent with the above guidelines. If you do, your organization will be a valuable source of input and communication to this office without the unnecessary tension and distraction that we have recently experienced.

I will expect your answer within 10 days.

Respectfully,

Kirk M. Taylor
Pueblo County Sheriff