```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX028262
Cashier ID: sq
Transaction Date: 05/21/2010
Payer Name: ELKUS SISSON
--------------------------------
CIVIL FILING FEE
 For: ELKUS SISSON
 Amount:         $350.00
--------------------------------
CREDIT CARD
 Amt Tendered:   $350.00
--------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

10-CV-1187

A fee of $45.00 will be assessed on
any returned check.
```