# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 10CV01187 - RPM

THOMAS L. MCLALLEN III,

    Plaintiff,

v.

PUEBLO COUNTY SHERIFF'S DEPARTMENT; SHERIFF KIRK M. TAYLOR, in his official and individual capacity; UNDERSHERIFF J.R. HALL, in his official and individual capacity; CAPTAIN LEIDE DEFUSCO, in his official and individual capacity; INSPECTOR TOM PROUD, in his official and individual capacity; BUREAU CHIEF DARLENE ALCALA, in her official and individual capacity; LIEUTENANT DON LEACH, in his official and individual capacity; and SERGEANT LEROY MORA, in his individual and official capacity.

    Defendants.

## *AMENDED* ORDER REGARDING THE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal With Prejudice [16], filed on August 6, 2010, it is

ORDERED that this action is dismissed with prejudice *as to the defendant Pueblo County Sheriff's Department*, each party to bear their own costs and attorneys' fees.

So Ordered this 6th day of August, 2010.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge