# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01187-RPM

THOMAS L. MCLALLEN III,

    Plaintiff,

v.

SHERIFF KIRK M. TAYLOR, in his official and individual capacity;
UNDERSHERIFF J.R. HALL, in his official and individual capacity;
CAPTAIN LEIDE DEFUSCO, in his official and individual capacity;
INSPECTOR TOM PROUD, in his official and individual capacity;
BUREAU CHIEF DARLENE ALCALA, in her official and individual capacity;
LIEUTENANT DON LEACH, in his official and individual capacity; and
SERGEANT LEROY MORA, in his individual and official capacity.

    Defendants.

---

## ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

---

Upon review of Plaintiff's Unopposed Motion to Modify Scheduling Order [30] filed February 7, 2011, it is

ORDERED that the motion is granted and the parties may endorse up to five (5) experts per side. The Scheduling Order previously approved by the Court on August 25, 2010, is hereby amended accordingly, based on the above modification. All deadlines with the Scheduling Order remain the same unless further Order is filed by the Court.

So Ordered this 8th day of February, 2011.

                BY THE COURT:

                s/Richard P. Matsch

                Richard P. Matsch, Senior District Judge