**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01187-RPM

THOMAS L. MCLALLEN III,

    Plaintiff,

v.

SHERIFF KIRK M. TAYLOR, in his official and individual capacity;
UNDERSHERIFF J.R. HALL, in his official and individual capacity;
CAPTAIN LEIDE DEFUSCO, in his official and individual capacity;
INSPECTOR TOM PROUD, in his official and individual capacity;
BUREAU CHIEF DARLENE ALCALA, in her official and individual capacity;
LIEUTENANT DON LEACH, in his official and individual capacity; and
SERGEANT LEROY MORA, in his individual and official capacity.

    Defendants.

---

## ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER

This matter comes before the Court on the Parties' Joint Motion to Modify Scheduling Order. The Court, having reviewed the file as well as the contents of the Motion to Modify, HEREBY GRANTS the Motion.

It is HERBY ORDERED that discovery cut-off is now April 29, 2011 and dispositive motion deadline is now May 30, 2011. The Scheduling Order previously approved by the Court on August 25, 2010, is hereby amended accordingly, based on the above modification. All deadlines with the Scheduling Order remain the same unless further Order is filed by the Court.

So Ordered this day of 17th March, 2011.

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge

1