**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    January 25, 2011
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

10-cv-01187-RPM

THOMAS L. MCLALLEN, III,                                          Reid J. Elkus
                                                                  Donald C. Sisson
        Plaintiff,

v.

SHERIFF KIRK M. TAYLOR, in his official and individual capacity;   Andrew D. Ringel
UNDER SHERIFF J.R. HALL, in his official and individual capacity;  Leslie Ann Kendrick
CAPTAIN LEIDE DEFUSCO, in his official and individual capacity;
INSPECTOR TOM PROUD, in his official and individual capacity;
BUREAU CHIEF DARLENE ALCALA, in her official and individual capacity;

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**2:00 p.m.        Court in session.**

Defendant sherif f Taylor present.

Court's preliminary remarks and states its summary of the case facts.

2:09 a.m.        Argument by Mr. Ringel.
2:23 p.m.        Argument by Mr. Elkus.
2:52 p.m.        Argument by Mr. Ringel.

**ORDERED:    Defendants' Motion for Summary Judgment [41], is taken under advisement.**

**3:00 p.m.        Court in recess.**

Hearing concluded.   Total time: 1 hr.