# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: March 23, 2012
Courtroom Deputy: J. Chris Smith
FTR Technician: Bernique Abiakm

_____

Civil Case No. 10-cv-01187-RPM

THOMAS L. MCLALLEN, III,                                             Reid J. Elkus

     Plaintiff,
v.

SHERIFF KIRK M. TAYLOR, in his official and individual capacity;      Andrew D. Ringel
UNDER SHERIFF J.R. HALL, in his official and individual capacity;
CAPTAIN LEIDE DEFUSCO, in his official and individual capacity;
INSPECTOR TOM PROUD, in his official and individual capacity;
BUREAU CHIEF DARLENE ALCALA, in her official and individual capacity;

     Defendants.
_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**10:54 a.m.**     **Court in session.**

Mr. Elkus agrees due process is no longer a trial issue and that this is a First Amendment retaliation case.

Discussion regarding damages (front and back pay (offset by current 2011 employment), punitive damages and pain and suffering).

Discussion regarding witnesses. **Court rules on permissible scope of witnesses as identified and ruled on record.**

**ORDERED:** Defendants' Motion to Exclude Plaintiff's Expert Witness Dan Montgomery [42], is resolved.
Defendants' Motion to Exclude Plaintiff's Non-Retained Expert Witness Mike Violette [43], is resolved.
Defendants' Motion to Exclude Plaintiff's Non-Retained Expert Witness Frank Gale [44], is resolved.
Defendants' Motion to Exclude Plaintiff's Non-Retained Expert Witness Nadine Radway [45], is resolved.

Discussion regarding exhibits. Counsel state they anticipate preparing a joint list of stipulated exhibits.

**ORDERED:** **10 day jury trial set October 15, 2012.**
**Trial preparation conference set September 28, 2012.**
**Counsel to submit final lists of witnesses and exhibits prior to trial preparation conference.**

**Pretrial Order signed.**

**11:16 a.m.**     **Court in recess.**     Hearing concluded.   Total time: 22 min.