IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01187-RPM

THOMAS L. MCLALLEN III,

      Plaintiff,

v.

SHERIFF KIRK M. TAYLOR, in his official and individual capacity;
UNDERSHERIFF J.R. HALL, in his official and individual capacity;
CAPTAIN LEIDE DEFUSCO, in his official and individual capacity;
INSPECTOR TOM PROUD, in his official and individual capacity;
BUREAU CHIEF DARLENE ALCALA, in her official and individual capacity;
LIEUTENANT DON LEACH, in his official and individual capacity; and
SERGEANT LEROY MORA, in his individual and official capacity.

      Defendants.

_____

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO AMEND EXHIBIT RELATED DEADLINES IN FINAL PRETRIAL ORDER (CM/ECF 68)**
_____

      This matter comes before the Court on the Plaintiff's Unopposed Motion to Amend Exhibit Related Deadlines in the Final Pretrial Order and having reviewed the file as well as the contents of the Motion, the Court HEREBY GRANTS the Motion.

      It is HERBY ORDERED that the Pretrial Order is modified as follows and made an Order of this Court: the deadline to exchange physical exhibits is August 10, 2012 and the deadline to submit objections in relation thereto is August 24, 2012. All other dates with the Pretrial Order remain the same.

      So Ordered this 6th day of April, 2012.

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge