**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01187-RPM

THOMAS L. MCLALLEN III,

      Plaintiff,

v.

SHERIFF KIRK M. TAYLOR, in his official and individual capacity;
UNDERSHERIFF J.R. HALL, in his official and individual capacity;
CAPTAIN LEIDE DEFUSCO, in his official and individual capacity;
INSPECTOR TOM PROUD, in his official and individual capacity; and
BUREAU CHIEF DARLENE ALCALA, in her official and individual capacity.
_____

**ORDER RE: JOINT MOTION FOR DISMISSAL WITH PREJUDICE**
_____

      This matter comes before the Court on the Joint Motion for Dismissal with Prejudice of Defendant Leide DuFusco. The Court, having reviewed the file as well as the contents of the Stipulation, HEREBY GRANTS the Joint Motion to Dismiss with Prejudice as it relates to all claims and defenses between Plaintiff and Leide DeFusco only. Furthermore, each party is to bear their own attorney fees and costs and all future pleadings shall remove the Captain Leide DeFusco from the caption heading.

      So Ordered this 17th day of October, 2012.

                                                                     s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge