IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01187-RPM

THOMAS L. MCLALLEN, III,

      Plaintiff,

v.

SHERIFF KIRK M. TAYLOR, in his official and individual capacity;
UNDERSHERIFF J.R. HALL, in his official and individual capacity;
INSPECTOR TOM PROUD, in his official and individual capacity; and
BUREAU CHIEF DARLENE ALCALA, in her official and individual capacity;

      Defendants.

ORDER DEFERRING RULING ON MOTIONS

      This matter is now on appeal pursuant to defendants' notice of appeal filed November 21, 2012.  On November 8, 2012, the plaintiff filed a motion for award of attorneys' fees and costs, [111] and on November 15, 2012, the defendants filed a motion for attorneys' fees relating to plaintiff's state law claims [112].  Because those motions may be affected by the outcome of the pending appeal, it is

      ORDERED that ruling on these motions is deferred until resolution of the appeal.

      DATED:  December 21st, 2012

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior Judge