## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                          Douglas E. Cressler
Clerk of Court                     April 30, 2013              Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Ms. Gillian Dale
Ms. Leslie A. Kendrick
Mr. Andrew David Ringel
Hall & Evans
1125 Seventeenth Street, Suite 600
Denver, CO 80202

Mr. Reid Jason Elkus
Mr. Donald C. Sisson
Elkus Sisson & Rosenstein P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246

**RE:      12-1463, McLallen v. Taylor, et al**
          Dist/Ag docket: 1:10-CV-01187-RPM

Dear Counsel and Clerk:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of
the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/sds