**FILED**
**United States Court of Appeals**
UNITED STATES COURT OF APPEALS      **Tenth Circuit**

FOR THE TENTH CIRCUIT                **April 30, 2013**

_____      **Elisabeth A. Shumaker**
                                          **Clerk of Court**

THOMAS L. MCLALLEN, III,

    Plaintiff - Appellee,

v.

SHERIFF KIRK M. TAYLOR, in his
official and individual capacity; UNDER       No. 12-1463
SHERIFF J. R. HALL, in his official and      (D.C. No. 1:10-CV-01187-RPM)
individual capacity; INSPECTOR TOM
PROUD, in his official and individual
capacity; BUREAU CHIEF DARLENE
ALCALA, in her official and individual
capacity,

    Defendants - Appellants,

and

PUEBLO COUNTY SHERIFF'S
DEPARTMENT; CAPTAIN LEIDE
DEFUSCO, in his official and individual
capacity; LIEUTENANT DON LEACH, in
his official and individual capacity;
SERGEANT LEROY MORAD, in his
official and individual capacity,

    Defendants.

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk