IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01187-RPM

THOMAS L. MCLALLEN, III,

      Plaintiff,

v.

SHERIFF KIRK M. TAYLOR, in his official and individual capacity;
UNDERSHERIFF J.R. HALL, in his official and individual capacity;
INSPECTOR TOM PROUD, in his official and individual capacity; and
BUREAU CHIEF DARLENE ALCALA, in her official and individual capacity;

      Defendants.

## ORDER ON PENDING MOTIONS

Pursuant to the Notice of Settlement [142] filed May 1, 2013, it is

ORDERED that as a result of resolution of this case, Plaintiffs' Motion for Award of Attorneys' Fees and Costs [111]; Defendants' Motion for Attorneys' Fees Relating to Plaintiff's State Law Claims [112]; and Defendants' Motion to Stay Enforcement of Judgment Pending Appeal [113] are moot.

DATED:  May 31, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge